179 So.2d 430

Viola F. BERGERON

v.

PORT ALLEN MORTUARY, INC., et al.

No. 47957.

Nov. 9, 1965.

In re: Viola F. Bergeron applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of West Baton Rouge. 178 So.2d 442.

Writ refused. On the facts found by the Court of Appeal we find no error or law in its judgment.

179 So.2d 430

T & D CONTRACTING COMPANY, Inc., O. R. Dixon and James F. Toups, O. R. Dixon,

v.

MACK TRUCKS, INC.

No. 47962.

Nov. 9, 1965.

In re: T & D Contracting Company, Inc., O. R. Dixon and James F. Toups applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 178 So.2d 284.

Writ refused. No error of law under the facts found by the Court of Appeal.

179 So.2d 430

T & D CONTRACTING COMPANY, Inc., O. R. Dixon and James F. Toups, O. R. Dixon,

v.

MACK TRUCKS, INC.

No. 47967.

Nov. 9, 1965.

In re: Mack Trucks, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 178 So.2d 284.

Writ refused. No error of law under the facts found by the Court of Appeal.

179 So.2d 430

A. J. GUMINA

v.

Peter T. DUPAS et al.

No. 47969.

Nov. 9, 1965.

In re: Ralph Dupas applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 178 So.2d 291.

The application is denied. The judgment complained of is correct.